**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

**SHORT FORM COMPLAINT AND JURY DEMAND**

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

**Plaintiffs**

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.
2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

**Defendants**

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| | |
|---|---|
| Defendant 1 | 3M Company, *f/k/a Minnesota Mining and Manufacturing Company* |
| Defendant 2 | AGC Chemicals Americas, Inc. |
| Defendant 3 | Amerex Corporation |
| Defendant 4 | Archroma U.S. Inc. |
| Defendant 5 | Arkema, Inc. |
| Defendant 6 | Buckeye Fire Equipment Company |
| Defendant 7 | Carrier Global Corporation *individually and as successor in interest to Kidde-Fenwal, Inc.,* |
| Defendant 8 | ChemDesign Products, Inc. |
| Defendant 9 | ChemGuard, Inc. |
| Defendant 10 | Chemicals, Inc. |
| Defendant 11 | Chemours Company FC, LLC |
| Defendant 12 | Chubb Fire, Ltd. |
| Defendant 13 | Clariant Corporation *individually and as successor in interest to Sandoz Chemical Corporation* |
| Defendant 14 | Corteva, Inc. *individually and as successor in interest to DuPont Chemical Solutions Enterprise* |
| Defendant 15 | Deepwater Chemicals, Inc. |
| Defendant 16 | Du Pont de Nemours Inc. *individually and as successor in interest to DuPont Chemical Solutions Enterprise* |
| Defendant 17 | Dynax Corporation |
| Defendant 18 | E. I. du Pont de Nemours and Company *individually and as successor in interest to DuPont Chemical Solutions Enterprise* |
| Defendant 19 | Kidde P.L.C., Inc. |
| Defendant 20 | Nation Ford Chemical Company |

| | |
|---|---|
| Defendant 21 | National Foam, Inc. |
| Defendant 22 | The Chemours Company *individually and as successor in interest to DuPont Chemical Solutions Enterprise* |
| Defendant 23 | Tyco Fire Products, LP *individually and as successor in interest to The Ansul Company* |
| Defendant 24 | United Technologies Corporation |
| Defendant 25 | UTC Fire & Security Americas Corporation, Inc. *(f/k/a GE Interlogix, Inc.)* |

**Jurisdiction and Venue**

4. Plaintiff alleges jurisdiction based on:

☒ Diversity

☒ Federal Question

☐ The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

☐ Other: ______________________________________________.

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

**Plaintiff's Allegations of Exposure**

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

- Direct exposure to AFFF (i.e. use or handling of AFFF); and/or
- Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or
- Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

**Plaintiff's Alleged Injuries**

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

Kidney Cancer
Testicular Cancer
Thyroid Disease
Ulcerative Colitis
Liver Cancer
Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

**Causes of Action**

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

Count I – Defective Design
Count II – Failure to Warn
Count III – Negligence
Count IV – Negligence Per Se
Count V – Trespass and Battery
Count VI – Strict Product Liability
Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
Count VIII – Concealment, Misrepresentation, and Fraud
Count IX – Conspiracy
Count X – Wrongful Death
Count XI – Loss of Consortium

Other Causes of Action:
Count XII – ______________________________
Count XIII – ______________________________
Count XIV – ______________________________
Count XV – ______________________________
Count XVI – ______________________________
Count XVII – ______________________________
Count XVIII – ______________________________
Count XIX – ______________________________
Count XX – ______________________________
Others
______________________________________________

**Jury Demand**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Date: 09/04/2025

Respectfully Submitted,

THE GORI LAW FIRM

*By: /s/ N. Ryan Mayfield*

N. Ryan Mayfield, IL Bar #6319356
156 N. Main Street
Edwardsville, IL 62025
(618) 659-9833-Phone
(618) 659-9834-Facsimile
E-Mail: rmayfield@gorilaw.com

Evan D. Buxner, IL Bar #6221006
156 N. Main Street
Edwardsville, IL 62025
(618) 659-9833-Phone
(618) 659-9834-Facsimile
E-Mail: ebuxner@gorilaw.com

*Attorneys for Plaintiff*

**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873[1]**

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Abel, Russell | 01/18/1942 | New Jersey | District of Massachusetts, Eastern Division | | Yes | | Ulcerative Colitis | Counts I through IX |
| 2. | Allen, John | 04/24/1959 | California | Central District of California, Southern Division | | Yes | | Kidney Cancer | Counts I through IX |
| 3. | Arouni, James | 09/15/1953 | North Carolina | Northern District of Illinois, Eastern Division | | Yes | | Kidney Cancer | Counts I through IX |
| 4. | Barnes, Carol | 12/6/1958 | Tennessee | Western District of Tennessee, Eastern Division | | Yes | | Kidney Cancer | Counts I through IX |
| 5. | Bayne, Monica | 10/12/1979 | Oregon | Western District of Washington, Seattle Division | | Yes | | Liver Cancer; Thyroid Disease | Counts I through IX |
| 6. | Berard, Norbert | 04/11/1953 | Louisiana | Central District of California, Western Division | | Yes | | Thyroid Disease | Counts I through IX |
| 7. | Berger, Kathy | 07/29/1959 | Kentucky | Eastern District of California, Sacramento Division | Yes | Yes | | Thyroid Disease | Counts I through IX |
| 8. | Blakemore, Janet | 8/18/1969 | Michigan | Eastern District of Michigan, Detroit Division | | Yes | | Thyroid Disease | Counts I through IX |
| 9. | Boyd, Maria Champagne | 08/12/1986 | Maine | Eastern District of North Carolina, Fayetteville Division | | Yes | | Thyroid Cancer | Counts I through IX |
| 10. | Bruce, Jonna | 07/27/1954 | Oklahoma | District of Alaska, Anchorage Division | | Yes | | Kidney Cancer; Thyroid Disease | Counts I through IX |
| 11. | Castle, Jack | 07/09/1948 | Oklahoma | Southern District of Georgia, Augusta Division | | Yes | | Kidney Cancer | Counts I through IX |
| 12. | Collins, Mike | 03/31/1955 | Nevada | Eastern District of Virginia, Alexandria Division | | Yes | | Kidney Cancer | Counts I through IX |
| 13. | Daigle, Jamie | 01/18/1983 | Louisiana | Northern District of Louisiana, Lafayette Division | | Yes | | Thyroid Disease | Counts I through IX |
| 14. | Dinwiddie, Cheryl | 03/24/1966 | Arizona | Northern District of California, San Jose Division | | Yes | | Thyroid Disease | Counts I through IX |
| 15. | Doss, Rosa | 05/03/1958 | North Carolina | District of Maryland, Southern Division | | Yes | | Thyroid Disease | Counts I through IX |
| 16. | Dugar, Glenda | 07/04/1957 | Illinois | Eastern District of North Carolina, Fayetteville Division | Yes | Yes | | Thyroid Disease | Counts I through IX |

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.
[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 17. | Dujmovic, Verunika | 08/02/1974 | Illinois | Northern District of Illinois, Eastern Division | | Yes | | Thyroid Disease | Counts I through IX |
| 18. | Edwards, James Clinton o/b/o Edwards, Elmer Clinton | 07/06/1945 | Alabama | Northern District of Alabama, Southern Division | | Yes | | Kidney Cancer | Counts I through X |
| 19. | Ellis, Samuel | 12/06/1953 | Alabama | District of South Carolina, Columbia Division | | Yes | | Kidney Cancer | Counts I through IX |
| 20. | Everts, Gordon | 10/12/1951 | Utah | District of Utah, Southern Region of the Central Division | | Yes | | Kidney Cancer | Counts I through IX |
| 21. | Fields, Gail | 03/08/1957 | Nevada | District of Nevada, Las Vegas Division | | Yes | | Thyroid Disease; Ulcerative Colitis | Counts I through IX |
| 22. | Franson, Thomas D. | 05/21/1948 | Washington | Eastern District of Washington, Richland Division | | Yes | | Kidney Cancer | Counts I through IX |
| 23. | Fulk, Heather | 04/12/1973 | Minnesota | District of Maryland, Northern Division | Yes | Yes | | Kidney Cancer | Counts I through IX |
| 24. | Gallaher, Joseph | 04/08/1969 | Illinois | Western District of Oklahoma, Lawton and Magnum Division | Yes | Yes | | Thyroid Disease | Counts I through IX |
| 25. | Garvey, Tina | 01/04/1973 | New Hampshire | District of New Hampshire | | Yes | | Thyroid Disease | Counts I through IX |
| 26. | Geerer, Jason | 10/28/1977 | New York | Western District of Kentucky, Louisville Division | Yes | Yes | | Thyroid Cancer | Counts I through IX |
| 27. | Haggard, WL | 02/21/1950 | Alabama | Northern District of Alabama, Middle Division | | Yes | | Kidney Cancer | Counts I through IX |
| 28. | Harlan, Susan Diane | 12/03/1952 | North Carolina | Eastern District of North Carolina, Fayetteville Division | | Yes | | Kidney Cancer; Thyroid Disease | Counts I through IX |
| 29. | Hemphill, Jimmy | 09/11/1950 | Illinois | Western District of Missouri, Southern Division | | Yes | | Kidney Cancer | Counts I through IX |
| 30. | Henrikson, Danny M. | 11/27/1957 | Idaho | Eastern District of Washington, Spokane Division | Yes | Yes | | Thyroid Disease | Counts I through IX |
| 31. | Hereford, Joseph Francis | 10/24/1947 | Texas | Western District of Washington, Seattle Division | | Yes | | Kidney Cancer | Counts I through IX |
| 32. | Hubbard, Octavious | 08/10/1966 | Alabama | Middle District of Alabama, Southern Division | | Yes | | Kidney Cancer | Counts I through IX |
| 33. | Huff, James D. | 02/16/1962 | Michigan | Eastern District of Michigan, Southern Division | | Yes | | Kidney Cancer | Counts I through IX |
| 34. | Hutchinson, Andrew | 02/12/1966 | Florida | Western District of Michigan, Southern Division | Yes | | | Thyroid Disease; Thyroid Cancer | Counts I through IX |
| 35. | Iranpour, Malek | 05/03/1959 | Kentucky | District of South Carolina, Columbia Division | | Yes | | Kidney Cancer | Counts I through IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 36. | Jameson, Melanie Jo | 04/13/1972 | Indiana | Southern District of Indiana, Indianapolis Division | | Yes | | Thyroid Disease | Counts I through IX |
| 37. | Jarrett, Christopher | 08/25/1966 | New Jersey | District of New Jersey | | Yes | | Liver Cancer | Counts I through IX |
| 38. | Jenkins, Lance A. | 09/23/1979 | Indiana | Eastern District of North Carolina, New Bern Division | Yes | Yes | | Thyroid Disease | Counts I through IX |
| 39. | Kelly, Catherine | 06/06/1955 | Virginia | Western District of Virginia, Harrisonburg Division | | Yes | | Thyroid Disease | Counts I through IX |
| 40. | Kendrick Jr., Skot | 11/18/1991 | Georgia | Western District of Kentucky, Louisville Division | | Yes | | Kidney Cancer | Counts I through IX |
| 41. | Lanier, Barrett | 05/09/1962 | West Virginia | Southern District of West Virginia, Huntington Division | | Yes | | Kidney Cancer | Counts I through IX |
| 42. | Leal, Reynaldo | 11/05/1956 | Texas | Southern District of Texas, Brownsville Division | | Yes | | Kidney Cancer | Counts I through IX |
| 43. | Leal, Sr., Gerardo | 06/13/1953 | Texas | Northern District of Florida, Pensacola Division | | Yes | | Kidney Cancer | Counts I through IX |
| 44. | LeMieux, Bretta | 05/09/1991 | Washington | Western District of Texas, San Antonio Division | | Yes | | Thyroid Cancer | Counts I through IX |
| 45. | Lewellyn, Joseph | 09/05/1954 | California | Western District of Washington, Seattle Division | Yes | Yes | | Thyroid Disease | Counts I through IX |
| 46. | Lorince, Steven | 09/08/1966 | Connecticut | Eastern District of North Carolina, New Bern Division | | Yes | | Thyroid Cancer | Counts I through IX |
| 47. | Loving, Wendell | 08/04/1960 | Tennessee | Southern District of Mississippi, Southern Division | | Yes | | Kidney Cancer | Counts I through IX |
| 48. | Marsh, Steven | 09/20/1948 | Kentucky | Middle District of Georgia, Columbus Division | | Yes | | Kidney Cancer | Counts I through IX |
| 49. | Matthews, Gwendolyn Gordon | 08/01/1950 | South Carolina | Eastern District of North Carolina, Fayetteville Division | Yes | Yes | | Thyroid Disease | Counts I through IX |
| 50. | McAdow, Trista | 11/13/1970 | Nebraska | District of Nebraska, Lincoln Division | | Yes | | Thyroid Disease | Counts I through IX |
| 51. | McCarty, Sandra | 11/12/1959 | Texas | Northern District of Texas, Fort Worth Division | Yes | | | Thyroid Disease | Counts I through IX |
| 52. | McCary, Dwight | 01/01/1952 | Alabama | Northern District of Alabama, Southern Division | | Yes | | Kidney Cancer | Counts I through IX |
| 53. | McCollum, Melvin | 08/27/1960 | Louisiana | Eastern District of North Carolina, Fayetteville Division | | Yes | | Thyroid Cancer; Thyroid Disease | Counts I through IX |
| 54. | McRae, Heidi | 06/29/1959 | North Carolina | Northern District of California, San Jose Division | | Yes | | Thyroid Disease | Counts I through IX |
| 55. | Mendoza, Patricia o/b/o Rodriguez, Ava | 09/22/2008 | California | Eastern District of California, Fresno Division | | Yes | | Ulcerative Colitis; Thyroid Disease | Counts I through IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 56. | Merolle, Ralph | 10/09/1936 | South Carolina | District of New Jersey | | Yes | | Kidney Cancer | Counts I through IX |
| 57. | Mirochnick, Aaron | 11/07/1985 | Wisconsin | Western District of Louisiana, Lake Charles Division | Yes | Yes | | Thyroid Disease | Counts I through IX |
| 58. | Molchany, Tammy | 06/27/1969 | Michigan | District of South Carolina, Charleston Division | | Yes | | Thyroid Cancer | Counts I through IX |
| 59. | Murtala, Porsha | 09/29/1990 | South Carolina | District of South Carolina, Spartanburg Division | | Yes | | Thyroid Disease | Counts I through IX |
| 60. | Norris, Debra | 02/07/1976 | North Carolina | Northern District of Illinois, Eastern Division | | Yes | | Thyroid Disease | Counts I through IX |
| 61. | Penrose, Mary | 06/24/1981 | Pennsylvania | Western District of Texas, Waco Division | | Yes | | Thyroid Disease | Counts I through IX |
| 62. | Phillips, Tracy | 03/19/1972 | Ohio | Southern District of Georgia, Brunswick Division | | Yes | | Thyroid Disease | Counts I through IX |
| 63. | Pippen, Larry Ross | 05/14/1945 | Florida | District of Kansas | Yes | Yes | | Thyroid Disease | Counts I through IX |
| 64. | Pollins, Bryant | 07/31/1977 | South Carolina | District of South Carolina, Charleston Division | | Yes | | Ulcerative Colitis | Counts I through IX |
| 65. | Richardson, Shelby | 05/28/1992 | New Mexico | District of New Mexico, Las Cruces Division | | Yes | | Thyroid Disease | Counts I through IX |
| 66. | Rodriguez, Aura | 10/12/1969 | Connecticut | District of New Jersey | | Yes | | Thyroid Disease; Kidney Cancer | Counts I through IX |
| 67. | Rowe, Robert | 12/27/1967 | Wyoming | District of Hawaii | Yes | Yes | | Thyroid Disease | Counts I through IX |
| 68. | Santini, Brian | 02/15/1973 | Kentucky | Western District of Missouri, Southern Division | | Yes | | Thyroid Disease | Counts I through IX |
| 69. | Scott, Victoria | 10/14/1972 | Mississippi | District of Maryland, Southern Division | | Yes | | Thyroid Disease | Counts I through IX |
| 70. | Spencer, Carol | 10/11/1951 | Georgia | Northern District of Florida, Panama City Division | | Yes | | Thyroid Disease | Counts I through IX |
| 71. | Thomas, Andrew | 11/18/1985 | Georgia | Western District of Kentucky, Louisville Division | Yes | Yes | | Thyroid Cancer | Counts I through IX |
| 72. | Toney, Ronnie | 02/22/1967 | Indiana | Northern District of Illinois, Eastern Division | | Yes | | Thyroid Disease | Counts I through IX |
| 73. | Vandeusen, Jr., Marshall J. | 09/04/1969 | Illinois | Southern District of Indiana, Indianapolis Division | Yes | Yes | | Thyroid Disease | Counts I through IX |
| 74. | Varner, Elnora | 09/02/1968 | California | Central District of California, Western Division | | Yes | | Thyroid Disease | Counts I through IX |
| 75. | Warren, Billy | 05/22/1942 | Alabama | Western District of Texas, San Antonio Division | | Yes | | Thyroid Cancer | Counts I through IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 76. | Wells, III, Billie Gene | 09/09/1977 | Arkansas | Eastern District of Arkansas, Delta Division | | Yes | | Testicular Cancer | Counts I through IX |
| 77. | Williams, Dwayne | 12/28/1969 | Illinois | Central District of California, Western Division | Yes | Yes | | Ulcerative Colitis | Counts I through IX |
| 78. | Williams, Jr., Darrel Wayne | 12/04/1970 | Illinois | Southern District of Georgia, Brunswick Division | Yes | Yes | | Thyroid Cancer | Counts I through IX |
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. | | | | | | | | | |
| 85. | | | | | | | | | |
| 86. | | | | | | | | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |
| 103. | | | | | | | | | |
| 104. | | | | | | | | | |
| 105. | | | | | | | | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |
| 108. | | | | | | | | | |
| 109. | | | | | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. | | | | | | | | | |
| 115. | | | | | | | | | |
| 116. | | | | | | | | | |
| 117. | | | | | | | | | |
| 118. | | | | | | | | | |
| 119. | | | | | | | | | |
| 120. | | | | | | | | | |
| 121. | | | | | | | | | |
| 122. | | | | | | | | | |
| 123. | | | | | | | | | |
| 124. | | | | | | | | | |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 125. | | | | | | | | | |
| 126. | | | | | | | | | |
| 127. | | | | | | | | | |
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |
| 136. | | | | | | | | | |
| 137. | | | | | | | | | |
| 138. | | | | | | | | | |
| 139. | | | | | | | | | |
| 140. | | | | | | | | | |
| 141. | | | | | | | | | |
| 142. | | | | | | | | | |
| 143. | | | | | | | | | |
| 144. | | | | | | | | | |
| 145. | | | | | | | | | |
| 146. | | | | | | | | | |
| 147. | | | | | | | | | |
| 148. | | | | | | | | | |
| 149. | | | | | | | | | |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 150. | | | | | | | | | |